**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JOSHUA SCOTT RICHARDS,**<br><br>**Defendants.** | **CR 22-36-GF-BMM**<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS PETITION TO REVOKE** |

The United States of America moves the Court to dismiss the January 10, 2025, Petition for Warrant for Offender Under Supervision. (Doc. 8.) The defendant does not oppose this motion.   IT IS HEREBY ORDERED that the United States motion to dismiss is GRANTED. The Petition for Warrant for Offender Under Supervision (Doc. 8) is DISMISSED.

DATED this 10th day of April, 2026.

Brian Morris, Chief District Judge
United States District Courts